

FILED

07/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0306

STATE OF MONTANA,

Plaintiff and Appellee,

v.

PAMELA JO POLEJEWSKI,

Defendant and Appellant.

FILED

JUL 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

In a July 8, 2020 Order, this Court referred this case to the Pro Bono Coordinator to recruit a volunteer, pro bono legal counsel to appear and to file an amicus curiae brief articulating the constitutionality of § 27-1-434, MCA, facially and as applied, from the Appellant's perspective in this matter, on or before September 8, 2020.

Since our Order, counsel for Appellant Pamela Jo Polejewski has been retained and has filed a Notice of Appearance on July 17, 2020. We also note that the Acting Solicitor General has filed a Notice of Appearance earlier this month. Therefore, in light of these filings, our referral is not necessary. Accordingly,

IT IS ORDERED that this Court's July 8, 2020 Order is hereby RESCINDED. The June 30, 2020 Order expediting this appeal and briefing schedule is still in effect.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all counsel of record; to the Pro Bono Coordinator, Patty Fain; and to the Court's Pro se Law Clerk.

DATED this 20 day of July, 2020.

For the Court,

By _____
Chief Justice